JPME

FILED

07 OCT 16 AM 9:25

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Ernesto MONTOY Jr.** Defendant. | Magistrate Case No. '07 MJ 2462 <br> COMPLAINT FOR VIOLATION OF <br> Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about **October 15, 2007**, within the Southern District of California, defendant **Ernesto MONTOY Jr.**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Maria HERNANDEZ-Monreal**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **October**, 2007.

UNITED STATES MAGISTRATE JUDGE

 JPME

# PROBABLE CAUSE STATEMENT

The complainant states that **Maria HERNANDEZ-Monreal** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 15, 2007, at approximately 1210 hours, **Ernesto MONTOY Jr. (Defendant),** applied for admission to the United States through vehicle primary lane 16 of the San Ysidro, California Port of Entry. Defendant was the driver of a 1985 Honda Civic. While waiting in line, a U.S. Customs and Border Protection (CBP) service canine alerted to the rear of the vehicle. Defendant gave two negative declarations to CBP Officers. Defendant and the vehicle were escorted to secondary for further inspection.

In secondary, one female was found concealed in a non-factory gas tank compartment located under the rear passenger bench seat of the vehicle. An alternate fuel source was discovered behind the left rear tire. The female person was removed from the compartment with the help of a CBP Officer and is now identified as **Maria HERNANDEZ-Monreal (Material Witness)**. Material Witness admitted she is a citizen of Mexico with no entitlements to enter the United States.

During a videotaped interview, Defendant was advised of his Miranda rights and elected to answer questions without an attorney present. Defendant admitted knowledge of the concealed person in the vehicle. Defendant admitted he was to take the vehicle and person to Chula Vista, CA. Defendant admitted he was to be paid $1,200 by an alien smuggler upon successful delivery of the undocumented person.

A videotaped interview was conducted with the Material Witness. Material Witness stated she is a citizen of Mexico without documents to lawfully enter the United States. Material Witness stated she made arrangements with unknown alien smugglers in Tijuana, Mexico and was to pay approximately $3,000 to be smuggled into the United States. Material Witness admitted she was going to Los Angeles, California to seek residency and employment.

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**