UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2007 OCT 19 A 12: 22

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | CRIMINAL NO. 07mj2462 |
| vs. | ) | ORDER |
| Ernesto Montoy Jr. | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Hernandez-Monreal

DATED: 10/19/07

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

U.S. GPO: 2003-581-774/70082