UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2007 OCT 30 A 2:45

UNITED STATES OF AMERICA, Plaintiff

vs.

Ernesto Montoy

Defendant(s)

CRIMINAL NO. 07cr2931-JM 07mj2462

ORDER

RELEASING MATERIAL WITNESS

Booking No. 05279298

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Hernandez-Monreal

DATED: 10·30·07

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082